Marjorie J. JOHNSON, Appellant,

v.

Jan McCLURG; Paul Viner; Brad Musal; Scott County Soil & Water Conservation; Iowa Department of Agriculture, Appellee.

No. 02–3170.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 30, 2003.

Decided Jan. 31, 2003.

Before BYE, FAGG, and RILEY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Marjorie J. Johnson appeals the district court's * dismissal of her complaint. Having carefully reviewed the record, we conclude the district court correctly dismissed the complaint for failing to state a claim. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also decline to consolidate this appeal with another of Johnson's appeals, No. 02–3865.

A true copy.

---

* The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.